USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 94-2030 UNITED STATES, Appellee, v. RADAMES CABRERA MEDINA, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Gilberto Gierbolini, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Maria H. Sandoval on brief for appellant. _________________ Guillermo Gil, United States Attorney, Warren Vazquez, Assistant _____________ ______________ United States Attorney, and Jos A. Quiles-Espinosa, Senior Litigation _______________________ Counsel, on brief for appellee. ____________________ April 14, 1995 ____________________ Per Curiam. We reject appellant's arguments and __________ affirm the judgment below for the reasons stated in United ______ States v. Rodriguez, 26 F.3d 4, 7-8 (1st Cir. 1994); United ______ _________ ______ States v. Troncoso, 23 F.3d 612, 615 (1st Cir. 1994), cert. ______ ________ _____ denied, 115 S.Ct. 912 (1995); and United States v. Perez- ______ _____________ ______ Torres, 15 F.3d 403, 407 (5th Cir.), cert. denied, 115 S.Ct. ______ ____________ 125 (1994). Affirmed. ________ -2-